UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VALERIE LYNN JACQUEZ, | No. EDCV 16-2239 GJS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED THIRTY-ONE DOLLARS AND 70/100 ($2,431.70) subject to the terms of the stipulation.

DATE: January 24, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-